# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

| UNITED STATES OF AMERICA | | | |
|---|---|---|---|
| V. | | | |
| Gisela Orosco | YOB: | PRINCIPAL 1977 | |
| United States Citizen | | | |

United States District Court
Southern District of Texas
**FILED**

JUN 19 2016

**Clerk of Court**

## CRIMINAL COMPLAINT

Case Number:

M-16- 1176 -M

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 17, 2016** in **Hidalgo** County, in the Southern District of Texas defendants(s) did,
*(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact Jorvin Heleodoro Espinal and Jorge Bryan Pineda-Hernandez, both citizens and nationals of El Salvador, along with four (4) other undocumented alien, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near San Carlos, Texas to the point of arrest near San Manuel, Texas,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**
I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On June 17, 2016, at approximately 3:50 p.m., Border Patrol Agent Omar Hinojosa was parked at the St. Ann Catholic Church parking lot observing vehicular traffic traveling north in San Manuel, Texas when he observed a gold in color sedan traveling north near the church. Agent Hinojosa noticed the vehicle was traveling as if heavily laden from the rear and relayed the information to Border Patrol Agent R. Lopez.

Agent Lopez encountered the tan in color sedan described by Agent Hinojosa near El Rucio Road and observed the rear of the vehicle was riding very low and was bouncing excessively. At the same time, Agent Lopez noticed there was a front passenger and three subjects sitting in the rear seat and also the driver continuously looking in the rear view mirror monitoring what Agent Lopez was doing. Simultaneously, Agent Lopez observed the subjects in the rear seat shifting in their seats crouching down to avoid detection. As Agent Lopez continued to monitor the vehicle, the driver suddenly dropped to 65 miles per hour in a posted 75 mile per hour zone.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:  [X] Yes  [ ] No

Signature of Complainant

**Cipriano Shears Jr.   Senior Patrol Agent**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**June 19, 2016**                                                at  **McAllen, Texas**
Date                                                                              City and State

**Dorina Ramos**  , **U. S. Magistrate Judge**          Dorina Ramos
Name and Title of Judicial Officer                                Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

#### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- //76 -M

**RE:** Gisela Orosco

**CONTINUATION:**

At this time, Agent Lopez activated emergency equipment signaling the driver to stop near the South Texas Mix. The driver later identified as, Gisela Orosco, drifted onto the outside shoulder and slowed down to approximately 45 miles per hour. Orosco continued traveling north along the shoulder constantly applying her brakes then speeding up again. Orosco continued north for approximately two miles until she came to a stop.

As the vehicle came to a stop, agents noticed the rear trunk open and were able to see two subjects laying down in the trunk. The vehicle was then put into drive and suddenly drove north for a short time until coming to an abrupt stop. Agents immediately ran to the driver side door and secured the vehicle. As Agent Lopez secured the driver and the passengers in the vehicle, Agent Hinojosa made contact with the subjects in the trunk who were sweating profusely and also appeared exhausted due to the outside temperature of 101 degrees and the lack of ventilation in the trunk. Both subjects were in possession of gallons of water and declined medical attention. The four passengers in the vehicle along with the two subjects in the trunk were determined to be in the country illegally. The seven subjects were placed under arrest and transported to the Weslaco Station for interviews and processing.

**PRINCIPAL: Gisela Orosco**
Gisela Orosco was advised of her Miranda Rights, acknowledged she understood her rights and agreed to answer any questions without the presence of a lawyer.

Gisela Orosco was interviewed regarding her involvement in a smuggling and stated she was contacted by a man she knows as "Beto" and was instructed to pick up several undocumented aliens at a stash house in San Carlos, Texas. "Beto" would then pay her approximately $800.00 to $900.00 for driving them north. Orosco admits to knowing the subjects were in the country illegally. She stated "Beto" met her at the stash house, and he was the one that instructed the aliens to get into the car. She also stated she knew there were aliens hiding in the trunk. Orosco stated their intended drop off location this time was a paved road in Encino, Texas off of Highway 281.

**MATERIAL WITNESS STATEMENTS:**
Jorvin Heleodoro Espinal and Jorge Bryan PINEDA-Hernandez were advised of their Miranda Rights, acknowledged they understood their rights and agreed to answer any questions without the presence of a lawyer.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-16- 1176 -M

**RE:** Gisela Orosco

**CONTINUATION:**

**MATERIAL WITNESS: Jorvin Heleodoro Espinal**
Jorvin Heleodoro Espinal, a citizen and national of El Salvador, stated he was to pay a total of $9000 to be smuggled into the United States. On June 14, 2016 ESPINAL made his illegal entry by raft into the United States, along with 12 other subjects. After crossing into the United States, Espinal was then taken to a stash house where he stayed for a few hour before he and five others were instructed to get into a four (4) door white sedan. The five subjects were relocated to an abandoned brown framed home, where a man named "Guero" was waiting their arrival. ESPINAL stated the group stayed there for four days before being relocated again. On the fourth day, "Guero" drove the group to a white trailer home that was being tended to by a woman named "Mari". ESPINAL stated that they were only in the white trailer home for a few hour before "Mari" instructed them to get ready to leave. ESPINAL stated that when they exited the white trailer house he noticed a brown four door sedan waiting in the front yard of the house. Once outside, "Mari" directed ESPINAL and five other subject to get into the brown sedan. As ESPINAL entered the back seat of the brown sedan he observed the driver of the sedan, describing her as a" light skinned woman, with light brown hair". ESPINAL claimed they traveled for approximately 30 minutes before Border Patrol Agents discovered them being smuggled north along Highway 281. Jorvin Heleodoro Espinal was able to identify Gisela OROSCO as the driver of vehicle through a photo lineup.

**MATERIAL WITNESS: Jorge Bryan PINEDA-Hernandez**
Jorge Bryan PINEDA-Hernandez, a citizen and national of El Salvador, stated he was to pay a total of $8,000 to be smuggled into the United States with a final destination of Maryland. Once he made his illegal entry into the Unites States he was taken to a stash house in McAllen, Texas where he stayed for approximately 20 days. After twenty days, he was driven to an abandoned white trailer house where he instructed to wait. Two hours later, a tan colored passenger car arrived driven by a female, who upon arriving opened the trunk and told them to get inside the vehicle. The first four illegal subjects, to include PINEDA-Hernandez, loaded into the rear passenger area of the vehicle. PINEDA-Hernandez was sitting in the rear passenger seat behind the front passenger, while the last two illegal subjects climbed into the trunk of the car under the direction of Gisela OROSCO. Pineda-Hernandez then stated that the female driver closed the trunk and began driving north, until they were stopped by Border Patrol Agents. Jorge Bryan PINEDA-Hernandez was able to identify Gisela OROSCO as the driver of vehicle through a photo lineup.